REGINA BUSSMAN, as Administratrix de Bonis Non of the Estate of ANTON BUSSMAN, Deceased, Respondent, v. PETER W. VAN PEYMA et al., Appellants.

*Executors and administrators — action to recover on administrator's bond.*

Bussman v. Van Peyma, 194 App. Div. 951, affirmed.

(Argued March 7, 1922; decided March 21, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The action was brought against the sureties upon an administrator's bond to recover the amount of an adjudged shortage in his accounts.

*Frank M. Loomis* for appellants.

*Dilworth M. Silver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., HOGAN and CRANE, JJ.